IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TEAMSTERS LOCAL 469 PENSION FUND AND THE BOARD OF TRUSTEES THEREOF, | |
| Plaintiff, | Civil Action No. 11-5978 (JBS/KMW) |
| v. | |
| TEKTRON CORPORATION, | **ORDER & JUDGMENT** |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendant [Docket Item 6]; and there being no filing of any kind by Defendant after default that was duly entered on December 27, 2011; and the Court having reviewed moving papers and for good cause shown pursuant to Fed. R. Civ. P. Rule 55(b) that Plaintiff is entitled to damages under 29 U.S.C. § 1132(g)(2) (except insofar as Plaintiff does not seek prejudgment interest);

IT IS, this __**12th**__ day of **March, 2012,** hereby

ORDERED that Plaintiff's motion for default judgment is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Teamsters Local 469 Pension Fund and the Board of Trustees Thereof in the amount of $70,192.13 plus interest in the amount of $23.73 per day until the judgment is satisfied.

  **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge